UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| BRUCE LARKIN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:15-cv-00764-CEM-KRS |
| | ) | |
| v. | ) | |
| | ) | |
| FAMILY DOLLAR STORES OF FLORIDA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT FAMILY DOLLAR STORES OF FLORIDA, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, Family Dollar Stores of Florida, Inc., pursuant to the Court's "Order On Interested Persons and Corporate Disclosure" ECF 4, submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Jeannette E. Albo (Plaintiff's counsel)**

**Thomas B. Bacon (Plaintiff's counsel)**

**Thomas B. Bacon, P.A. (Plaintiff's counsel)**

**Family Dollar Stores of Florida, Inc. (Defendant)**

**Bruce Larkin (Plaintiff)**

**Littler Mendelson, P.C. (Defendant's counsel)**

**Courtney B. Wilson, Esq. (Defendant's counsel)**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

**Family Dollar Stores of Florida, Inc. is a wholly-owned subsidiary of Family Dollar, Inc., a publicly-traded company.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Not applicable.**

5. Undersigned counsel hereby certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED this 10th day of June, 2015       Respectfully submitted,

**/s/ Courtney B. Wilson**
Courtney B. Wilson
Florida Bar No. 0614580
E-Mail: cwilson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
305.400.7500
305.675.8497 (Fax)

*ATTORNEYS FOR DEFENDANT*
*FAMILY DOLLAR STORES OF FLORIDA, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Courtney B. Wilson**
Courtney B. Wilson

# SERVICE LIST

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Civil Action No. 6:15-cv-00764-CEM-KRS**

Jeannette E. Albo, Esq.
Florida Bar No. 0017736
E-Mail: jalbo@bellsouth.net
*Of Counsel*
THOMAS B. BACON, P.A.
9444 S.W. 69th Ct.
Miami, FL 33156
Phone: (305) 502-4593

Thomas B. Bacon, Esq.
E-Mail: tbb@thomasbaconlaw.com
THOMAS B. BACON, P.A.
4868 S.W. 103rd Ave.
Cooper City, FL 33328
Phone: (954) 925-6488
Fax: (954) 237-1990

***ATTORNEY FOR PLAINTIFF,***
***BRUCE LARKIN***

Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-Mail: cwilson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Phone: (305) 400-7500
Fax: (305) 675-8497

***ATTORNEY FOR DEFENDANT,***
***FAMILY DOLLAR STORES OF FLORIDA, INC.***

Firmwide:133805853.2 053439.1000